**RECEIVED**

OCT 2 0 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**RECEIVED**

DEC 2 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| LARRY PATTERSON | CIVIL ACTION NO. 06-1348 |
| VS. | SECTION P |
| LOUISIANA CORRECTIONS | CHIEF JUDGE HAIK |
| SERVICES, INC., ET AL. | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for purposes of proceeding in an *in forma pauperis* proceeding pursuant to 28 U.S.C. § 1915(d). If plaintiff exhausts his administrative remedies, with respect to the claims raised herein, he can present these §1983 claims again, but he may not proceed *in forma pauperis* to do so;

**IT IS FURTHER ORDERED** that plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order [doc. 6] be **DENIED as MOOT**.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 21st day of December, 2006.

RICHARD T. HAIK, SR.
CHIEF JUDGE

COPY SENT:
DATE: 12/27/06
BY: CW
TO: RTH
GB